# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MASTER INTERNATIONAL GROUP, INC., and GLOBAL MASTER COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ESMOND NATURAL, INC., PAUL CHIA-YIN WEI, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:19-cv-10360-RGK-PLA<br><br>**STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED**.

DATED: __July 29__, 2020      _____

                                                  PAUL L. ABRAMS
                                    UNITED STATES MAGISTRATE JUDGE