# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLOBAL MASTER INTERNATIONAL GROUP, INC., | ) ) ) | 2:19-cv-10360-RGK-PLA |
| Plaintiff(s), | ) ) | JUDGMENT BY THE COURT - JURY TRIAL |
| vs. | ) ) | |
| ESMOND NATURAL, INC., et al. | ) ) | |
| Defendant(s). | ) | |

At the conclusion of Plaintiff's case in chief, Defendants moved for judgment as a matter of law under Federal Rule of Civil Procedure 50(a)(1). After having heard and considered the testimony and evidence presented at trial by Plaintiff, along with both parties' arguments, the Court GRANTS Defendants' Rule 50 Motion and enters judgment for Defendants.

**IT IS SO ORDERED**.

Dated: July 2, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE