# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-10360-RGK-PLA | Date | January 16, 2024 |
|---|---|---|---|
| Title | *Global Master International Group, Inc. v. Esmond Natural, Inc., et al.* | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why Motion for Judgment on the Pleadings [DE 198] Should Not Be Granted Under Law of the Case**

On December 22, 2023, Defendants filed a Motion for Judgment on the Pleadings, arguing that collateral estoppel precludes relitigating the same issues underlying Plaintiff's RICO claim already litigated and decided during the 2021 jury trial over Plaintiff's fraud and breach of contract claims.

Having reviewed the parties' briefings and the applicable law, it appears collateral estoppel does not apply, although the doctrine of the law of the case does apply. *See United States v. Park Place Assocs., Ltd.*, 563 F.3d 907, 925 n.11 (9th Cir. 2009) (explaining that law of the case, not collateral estoppel, is appropriate where the decision with preclusive effect had not finally disposed of the litigation between the parties). Under this doctrine, "a court is ordinarily precluded from reexamining an issue previously decided by the same court." *Old Person v. Brown*, 312 F.3d 1036, 1039 (9th Cir. 2002) (quoting *Richardson v. United States*, 841 F.2d 993, 996 (9th Cir. 1988)); *see also United States v. Alexander*, 106 F.3d 874, 876 (9th Cir. 1997) (discussing factors a court considers in applying the law of the case doctrine).

Accordingly, the Court **ORDERS** the parties to **show cause in writing** as to whether the Motion should be granted under the doctrine of the law of the case. Such a response **shall not exceed five pages** and must be submitted within **two days of this Order's issuance.**

**IT IS SO ORDERED.**

_____:_____
Initials of Preparer   JRE/dc