JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GLOBAL MASTER INTERNATIONAL GROUP, INC., and GLOBAL MASTER COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ESMOND NATURAL, INC., PAUL CHIA-YIN WEI, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:19-cv-10360-RGK-PLA<br><br>**FINAL JUDGMENT IN A CIVIL ACTION** |
|---|---|

On December 22, 2023, Defendants Esmond Natural, Inc. and Paul Chia-Yin Wei filed a Motion for Judgment on the Pleadings. (ECF No. 198.)

On January 23, 2024, having reviewed all papers and legal authorities presented to the Court by Plaintiff Global Master Company and Defendants, and for good cause shown, the Court GRANTED said Motion. (ECF No. 224.)

IT IS THEREFORE ADJUDGED, ORDERED AND DECREED:

1. FINAL JUDGMENT is entered in favor of Defendants against Plaintiff Global Master Company;

2. Plaintiff Global Master Company will take nothing; and

3. Defendants recover their costs of suit from Plaintiff Global Master Company following a timely filing of a Bill of Costs.

IT IS SO ORDERED.

DATED: January 30, 2024        By: _____
Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE